UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>　　　　　Defendants. | Case No. 19-cv-373<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

Trial by jury is hereby demanded in the above-entitled action on all triable issues.

DATED: Honolulu, Hawaii, July 11, 2019.

　　　　　　　　　　　　　　　THE LAW OFFICE OF GREGORY A. FERREN

　　　　　　　　　　　　　　　 /s/ Gregory A. Ferren
　　　　　　　　　　　　　　　Gregory A. Ferren

　　　　　　　　　　　　　　　Attorney for Plaintiffs