THE LAW OFFICE OF GREGORY A. FERREN, LLLC

Gregory A. Ferren, Bar No. 6476
92-1075 Koio Drive, Suite A
Kapolei, Hawai'i  96707
Telephone:  (808) 947-1605
Facsimile:  (888) 705-0511
E-Mail:       greg@ferrenlaw.com

Attorney for Plaintiffs
AVID AMIRI, Individually and as
Trustee of the DEUTSCHE
INTERNATIONAL TRUST II

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II,<br><br>    Plaintiffs,<br> vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>    Defendants. | Case No. 19-cv-373-JAO-RT<br><br>CORPORATE DISCLOSURE STATEMENT |

**CORPORATE DISCLOSURE STATEMENT**

  Plaintiff Deutsche International Trust II ("DIT") hereby submits its

Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P.  DIT is a

Utah revocable trust.  Its sole trustee and beneficiary is co-Plaintiff Avid Amiri.  DIT does not have a parent corporation and no publically-held corporation owns more than 10% of DIT.

DATED: Honolulu, Hawaii, July 13, 2019.

THE LAW OFFICE OF GREGORY A. FERREN

/s/ Gregory A. Ferren
Gregory A. Ferren

Attorney for Plaintiffs