DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY           6385
Corporation Counsel
JOHN K. HOLIONA          6593
THOMAS KOLBE             7679
Deputies Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793
Telephone No. (808) 270-7741
Facsimile No. (808) 270-7152
email: john.holiona@co.maui.hi.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. CV 19-00373 JAO-RT<br><br>DEFENDANT COUNTY OF MAUI'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Date:  September 9, 2019<br>Time: 9:00 a.m.<br>Magistrate Judge: Hon. Rom Trader |

### DEFENDANT COUNTY OF MAUI'S
### RULE 16 SCHEDULING CONFERENCE STATEMENT

Defendant COUNTY OF MAUI ("County"), by and through its attorneys, Moana M. Lutey, Corporation Counsel, John K. Holiona and Thomas Kolbe, Deputies Corporation Counsel, hereby submits its scheduling conference statement

pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16.2 of the U.S. District Court Local Rules for the District of Hawaii, as follows:

## I. STATEMENT AND NATURE OF THE CASE

Plaintiff DEUTSCHE INTERNATIONAL TRUST II ("DIT") is listed as the owner of record of real property identified as Tax Map Key (2) 2-8-002:181, located at 372 Puu Way, Haiku, Maui, Hawaii 96708 (the "Property"). Plaintiff AVID AMIRI ("Amiri") is the trustee and beneficiary of Plaintiff DIT. Plaintiffs DIT and Amiri allege that Defendant County was negligent in its construction, maintenance, inspection and repair of the culvert roadway that provided access to the Property.

## II. STATEMENT OF JURISDICITON AND VENUE

Venue and jurisdiction are proper in this matter. Jurisdiction is based upon complete diversity of citizenship between Plaintiffs and Defendant. Venue is appropriate because all defendants reside in the State of Hawaii and the events complained of occurred in the State of Hawaii.

## III. JURY TRIAL

A jury trial has been demanded.

## IV. DISCLOSURES

Per agreement, the parties will exchange Initial Disclosures on or around September 18, 2019. Any additional disclosures will be made in accordance with the discovery deadline(s) set by the Court and in accordance with the applicable rules.

## V. DISCOVERY COMPLETED, IN PROGRESS, MOTIONS

No discovery has been conducted and there are no motions pending.

## VI. SPECIAL PROCEEDINGS/SPECIAL PROCEDURES

There are not special procedures anticipated.

## VII. RELATED CASES

The County is not aware of any related cases currently pending.

## VIII. ADDITIONAL MATTERS

The County is not aware of any other matters that should be brought to the attention of the Court at this time.

DATED: Wailuku, Maui, Hawaii, August 30, 2019.

        MOANA M. LUTEY
        Corporation Counsel
        Attorneys for Defendant
        COUNTY OF MAUI

        By   /s/ John K. Holiona
              JOHN K. HOLIONA
              THOMAS KOLBE
              Deputies Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. CV 19-00373 JAO-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served upon the following parties, through CM/ECF:

Gregory A. Ferren
The Law Office of Gregory A. Ferren, LLLC
92-1075 Koio Drive, Suite A
Kapolei, HI 96707
Attorney for Plaintiff

DATED: Wailuku, Maui, Hawaii, August 30, 2019.

MOANA M. LUTEY
Corporation Counsel
Attorneys for Defendant
COUNTY OF MAUI

By   /s/ John K. Holiona
JOHN K. HOLIONA
THOMAS KOLBE
Deputies Corporation Counsel