DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY                6385
Corporation Counsel
JOHN K. HOLIONA               6593
THOMAS KOLBE                  7679
Deputies Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii  96793
Telephone No.: (808) 270-7741
Facsimile No.: (808) 270-7152
email: john.holiona@co.maui.hi.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, INDIVIDUALLY AND AS TRUSTEE OF THE DEUTSCHE INTERNATIONAL TRUST II,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. CV 19-00373 JAO-RT<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT COUNTY OF MAUI<br><br>Trial Date: September 8, 2020 |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served on January 7, 2020 via U.S. Mail, postage prepaid on the following party:

>Gregory A. Ferren
>The Law Office of Gregory A. Ferren, LLLC
>92-1075 Koio Drive, Suite A
>Kapolei, HI 96707
>Attorney for Plaintiff

DATED:  Wailuku, Maui, Hawaii, January 7, 2020.

>MOANA M. LUTEY
>Corporation Counsel
>Attorneys for Defendant
>COUNTY OF MAUI
>
>
>By    /s/ John K. Holiona
>         JOHN K. HOLIONA
>         THOMAS KOLBE
>         Deputies Corporation Counsel