THE LAW OFFICE OF GREGORY A. FERREN, LLLC

Gregory A. Ferren, Bar No. 6476
92-1075 Koio Drive, Suite A
Kapolei, Hawai'i  96707
Telephone:  (808) 947-1605
Facsimile:  (888) 705-0511
E-Mail:       greg@ferrenlaw.com

Attorney for Plaintiffs
AVID AMIRI, Individually and as
Trustee of the DEUTSCHE
INTERNATIONAL TRUST II

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II, <br><br>            Plaintiffs,<br>  vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>            Defendants. | Case No. 19-cv-373 JAO-RT<br><br>NOTICE OF SUBPOENA; ATTACHMENTS 1-2; CERTIFICATE OF SERVICE |

NOTICE OF SUBPOENA

TO: Brian Bilberry
Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793
Email: Brian.Bilberry@co.maui.hi.us

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, Plaintiff intends to serve the Subpoenas attached hereto on June 16, 2020 or as soon thereafter as service may be effectuated.

DATED: Honolulu, Hawaii, June 16, 2020.

          /s/ Gregory A. Ferren
          Gregory A. Ferren
          Attorney for Plaintiff