# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00373-JAO-RT |
| CASE NAME: | Avid Amiri v. County of Maui, et al. |
| ATTYS FOR PLA: | Gregory Ferren |
| ATTYS FOR DEFT: | Brian Bilberry |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 07/23/2021 | TIME: | 10:00 - 11:00 a.m. |

COURT ACTION: EP: CONFIDENTIAL TELEPHONIC SETTLEMENT CONFERENCE held.

Discussion had. No settlement.

Mr. Ferren requests continuance of trial. Mr. Bilberry objects. Court directs Mr. Ferren to file motion to continue trial by 7/26/2021.

*Submitted by: Lian Abernathy, Courtroom Manager*