THE LAW OFFICE OF GREGORY A. FERREN, LLLC

Gregory A. Ferren, Bar No. 6476
92-1063 Koio Drive, Suite C
Kapolei, Hawai'i  96707
Telephone:  (808) 947-1605
Facsimile:  (888) 705-0511
E-Mail:     greg@ferrenlaw.com

Attorney for Plaintiffs
AVID AMIRI, Individually and as
Trustee of the DEUTSCHE
INTERNATIONAL TRUST II

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>　　　　　Defendants. | Case No. 19-cv-373 JAO-RT<br><br>PLAINTIFF'S NON-HEARING MOTION TO CONTINUE TRIAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "A" – "D"; CONSENT OF CLIENT; CERTIFICATE OF SERVICE<br><br>Trial Date: October 18, 2021 |

PLAINTIFF'S NON-HEARING MOTION TO CONTINUE TRIAL

COMES NOW, Plaintiff AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II, and moves this Court to continue the trial date currently set for October 18, 2021.  This Motion is brought pursuant to the Court's instructions given at the settlement conference held on July 23, 2021, F.R.C.P. Rule 7, and L.R. Rule 40.3, and is based upon the attached memorandum, declaration, exhibits, and the records and files herein.

DATED: Honolulu, Hawaii, July 25, 2021.

/s/ Gregory A. Ferren
Gregory A. Ferren
Attorney for Plaintiff