THE LAW OFFICE OF GREGORY A. FERREN, LLLC

Gregory A. Ferren, Bar No. 6476
92-1063 Koio Drive, Suite C
Kapolei, Hawai'i  96707
Telephone:  (808) 947-1605
Facsimile:  (888) 705-0511
E-Mail:       greg@ferrenlaw.com

Attorney for Plaintiffs
AVID AMIRI, Individually and as
Trustee of the DEUTSCHE
INTERNATIONAL TRUST II

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>　　　　　Defendants. | Case No. 19-cv-373 JAO-RT<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a copy of the Amended Notice Of Taking Deposition Upon

Oral Examination Of David Goode was served by electronic mail on July 26, 2021,

upon the following party:

    Brian Bilberry
    Corporation Counsel
    County of Maui
    200 South High Street
    Wailuku, Maui, Hawaii 96793
    Email: Brian.Bilberry@co.maui.hi.us

    Attorney for Defendant

    DATED: Honolulu, Hawaii, July 26, 2021.

                                        /s/ Gregory A. Ferren
                                        Gregory A. Ferren
                                        Attorney for Plaintiff