IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, INDIVIDUALLY AND AS TRUSTEE OF THE DEUTSCHE INTERNATIONAL TRUST II,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>          Defendants. | CIVIL NO.  19-cv-00373 JAO-RT<br><br>DECLARATION OF COUNSEL |

**DECLARATION OF COUNSEL**

I, BRIAN A. BILBERRY, do hereby declare as follows:

1. I am lead counsel and trial counsel for Defendant County of Maui in this case.

2. Attached as **Exhibit D-44** is a true and correct copy of the American Meteorological Society article *Fire and Rain: The Legacy of Hurricane Lane in Hawaiʻi*, dated June 2020.

3. Attached as **Exhibit D-45** are true and correct of the University of Hawaiʻi's Research article, *Hurricane Lane brought fire and rain to Hawaiʻi*.

I hereby declare under penalty of perjury that the above is true and correct.

DATED: Wailuku, Maui, Hawaii, September 28, 2021.

/s/  Brian A. Bilberry