DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY            6385
Corporation Counsel
BRIAN A. BILBERRY         7260
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii  96793
Telephone:  (808) 270-7741
Facsimile:   (808) 270-7152
Email:  brian.bilberry@co.maui.hi.us

Attorneys for Defendant
 COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVID AMIRI, INDIVIDUALLY AND AS TRUSTEE OF THE DEUTSCHE INTERNATIONAL TRUST II,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. 19-cv-00373 JAO-RT<br><br>DEFENDANT COUNTY OF MAUI'S FINAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial:  December 6, 2021<br>Time:  9:00 a.m.<br>Honorable Judge Jill A. Otake |

### **DEFENDANT COUNTY OF MAUI'S FINAL WITNESS LIST**

Defendant COUNTY OF MAUI (hereinafter "COUNTY"), by and through

its attorneys, MOANA M. LUTEY, Corporation Counsel, and BRIAN A.

BILBERRY, Deputy Corporation Counsel, hereby submits its Trial Witness List as follows:

| Name of Witness | Subject Matter | Estimated Time |
|---|---|---|
| Avid Esmali Amiri | Illegal short-term vacation rental "bait and switch" scheme at 372 Pu'u Way, noticed violations, fines, penalties, alleged damages | 3-4 hours |
| Robert Lane | Pu'u Way access road, short-term vacation rental at 372 Pu'u Way, Hurricane Lane cyclone, temporary access to Pu'u Way culvert re defense to liability and damages claims, opinion of Plaintiff Avid Amiri's character and reputation for untruthfulness. | 1-2 hours |
| Clarrisa Hempel | Pu'u Way access road, short-term vacation rental at 372 Pu'u Way, Hurricane Lane cyclone, temporary access to Pu'u Way culvert re defense to liability and damages claims. | 1 hour |
| Gail Davis | Short-term vacation rental at 372 Pu'u Way, investigation, noticed violations, fines, penalties re defense to damages claims, opinion on Plaintiff Avid Amiri's character and reputation for untruthfulness. | 1-2 hours |
| David Barbetta | Short-term vocational rental "bait and switch" scheme at 372 Pu'u Way re Defense to damages claims; opinion on Plaintiff Avid Amiri's character and reputation for untruthfulness. | 1-2 hours |
| David Goode | Pu'u Way access road and culvert, Hurricane Lane cyclone, temporary access to Pu'u Way culvert, reconstruction of culvert. | 1-2 hours |

| Name of Witness | Subject Matter | Estimated Time |
|---|---|---|
| Wendy Kobashigawa | Pu'u Way access road and culvert, Hurricane Lane cyclone, temporary access to Pu'u Way culvert, reconstruction of culvert. | 2-3 hours |
| John Smith | Pu'u Way access road and culvert, Hurricane Lane cyclone, temporary access to Pu'u Way culvert, reconstruction of culvert. | 2-3 hours |
| Marcy Martin | County of Maui's Finance Department's Real Property Assessment Division's tax assessed values of 372 Pu'u Way. Way, history of any tax appeals by property owner | 1-2 hours |
| Herman Andaya | Will testify about visiting the Pu'u Way cul-de-sac and homes following the Hurricane Lane cyclone storm. | 30 minutes |

County reserves the right to call any witness named by any part in this proceeding and rebuttal witnesses, as may be necessary.

DATED: Wailuku, Maui, Hawaii, September 28, 2021.

        MOANA M. LUTEY
        Corporation Counsel
        Attorneys for Defendant
         COUNTY OF MAUI

        By   /s/ Brian A. Bilberry
          BRIAN A. BILBERRY
          Deputy Corporation Counsel