UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| AVID AMIRI, Individually and as Trustee of the DEUTSCHE INTERNATIONAL TRUST II, | ) ) ) ) | Case No. 19-cv-373 JAO-RT |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| COUNTY OF MAUI; DOE DEFENDANTS 1-100, | ) ) ) | |
| Defendants. | ) ) ) ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically via

CM/ECF upon the following party:

Brian Bilberry
Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793
Email: Brian.Bilberry@co.maui.hi.us

Attorney for Defendant

DATED: Honolulu, Hawaii, October 5, 2021.

/s/ Gregory A. Ferren
Gregory A. Ferren
Attorney for Plaintiff