Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO:** Counsel

**FROM:** Michelle Rynne
Shelli Mizukami, Courtroom Manager

**DATE:** October 19, 2021

**RE:** Realtime Court Reporting Services
<u>Avid Amiri, *Individually and as Trustee of the Deutsche International Trust II*
 v. County of Maui;</u>
1:19-cv-00373 JAO-RT on 12/06/2021

The Judges of the United States District Court have requested that real-time reporting services be provided to them during a trial involving the taking of testimony from a live witness.

In order to provide the Court with an accurate and more useful realtime record of proceedings, counsel is directed to submit the following information to the courtroom manager no later than six (6) days before the trial date:

1. Names of parties and attorneys to the action;
2. Witness list; and
3. Exhibit list.

The information will be shared with the court reporter to enable them to program computers with steno outlines unique to your personal case.

Thank you.

cc: Theresa Lam, Courtroom Manager/Court Reporter Supervisor
Ann Matsumoto
IT Director